# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Mark Burton, | : |
| Plaintiff, | : Civil Action No.: 1:14-cv-02982-TCB-JFK |
| v. | : |
| Admin Recovery LLC; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 17, 2014

    Respectfully submitted,

    By: /s/ Sergei Lemberg, Esq.
    Attorney Bar No.: 598666
    Attorney for Plaintiff
    LEMBERG LAW L.L.C.

1100 Summer Street, Third Floor  
Stamford, CT 06905  
Telephone: (203) 653-2250 ext. 5500  
Facsimile:   (203) 653-3424  
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg
                                              Sergei Lemberg