# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Mark Burton, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:14-cv-02982-TCB-JFK |
| Admin Recovery LLC,; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## PLAINTIFF MARK BURTON'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Mark Burton, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice.

Dated: February 6, 2015

                                      Respectfully submitted,

                                      /s/ Sergei Lemberg, Esq.
                                      Attorney Bar No.: 598666
                                      Attorney for Plaintiff Mark Burton
                                      LEMBERG LAW L.L.C.
                                      1100 Summer Street, 3rd Floor
                                      Stamford, CT 06905
                                      Telephone: (203) 653-2250
                                      Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2015, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

<div style="margin-left: 50%;">

/s/ Sergei Lemberg
Georgia Bar No. 598666
Attorney for Plaintiff

</div>